*O. H. Smith*, for the plaintiffs.

*S. Yandes*, for the defendant.

---

GREEN *v.* HENRY.—In Error.

*HENRY* was the plaintiff below, and obtained judgment for 70 dollars, with costs.

The error assigned is, that there is no cause of action filed.

*Held*, that as the transcript shows no cause of action, this judgment is erroneous.

The judgment is reversed with costs.

*H. Wright*, for the plaintiff.